UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:16-cr-00019-SEB-VTW |
| MATTHEW BOLIN, | ) -01 | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Van Willis's Report and Recommendation that Matthew Bolin's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 12 months and one day, consecutive to any sentence imposed in Kentucky, in the custody of the Attorney General or his designee, with no term of supervised release to follow. The defendant is to be taken into custody immediately. The Court recommendations placement at Manchester, Kentucky.

**SO ORDERED.**

Date: 8/20/2018

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service